CALVERT, Respondent, vs. CITY OF APPLETON, Appellant.

*March 9—June 18, 1928.*

The cause was submitted for the appellant on the brief of *Alfred C. Bosser* of Appleton, and for the respondent on that of *Bradford & Bradford* of Appleton.

The following opinion was filed April 3, 1928:

DOERFLER, J.   The parties to this action have stipulated that the decision in this case may abide by the decision in *Calvert v. City of Appleton, ante,* p. 235, 219 N. W. 102.

*By the Court.*—The order of the circuit court overruling the demurrer is reversed, and the cause is remanded for further proceedings according to law

A motion for a rehearing was denied on June 18, 1928.